## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ronald Keith Farrington                                    Case No. 21-51146-KMS
         Traci Victoria Farrington, Debtors                                     CHAPTER 13

## **NOTICE**

      The above referenced debtors have filed papers with the court to allow payment arrearage.

      **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

      File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

      If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

      You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: May 28, 2025              Signature:   /s/ Thomas C. Rollins, Jr.
                                                   Thomas C. Rollins, Jr. (MSBN 103469)
                                                   Jennifer Ann Curry Calvillo (MSBN 104367)
                                                   The Rollins Law Firm, PLLC
                                                   P.O Box 13767
                                                   Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ronald Keith Farrington                                         Case No. 21-51146-KMS
         Traci Victoria Farrington, Debtors                              CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in July 2025.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on May 28, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>RONALD KEITH FARRINGTON<br>TRACI VICTORIA FARRINGTON | CASE NO: 21-51146-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/28/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/28/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-51146-KMS |
|---|---|
| RONALD KEITH FARRINGTON<br>TRACI VICTORIA FARRINGTON | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/28/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/28/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-51146-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED MAY 28 12-25-25 PST 2025 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | SPEEDYRAPID CASH<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH  GA 31401-2686 |
| VANDERBILT MORTGAGE AND FINANCE  INC<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | 1ST HERITAGE<br>11516 LAMEY BRIDGE RD<br>STE B2<br>DIBERVILLE  MS 39540-2275 |
| AD ASTRA RECOVERTY<br>3607 N RIDGE RD<br>WICHITA  KS 67205-1230 | CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD SUITE 3000<br>SOUTHFIELD   MI 48034-8331 | CAPITAL COMMUNITY BANK<br>3280 N UNIVERSITY AVE<br>PROVO  UT 84604-4405 |
| CAPITAL ONE BANK USA<br>PO BOX 30285<br>SALT LAKE CIT  UT 84130-0285 | CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 | CREDIT COLLECTION SERC<br>725 CANTON ST<br>NORWOOD  MA 02062-2679 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS  NV 89193-8873 | EMBCC PATIENT SERVICES<br>PO BOX  731584<br>DALLAS  TX 75373-1584 | FIRST HERITAGE CREDIT OF MISSISSIPPI LLC<br>DBA 1ST HERITAGE CREDIT<br>FIRST HERITAGE CREDIT<br>12373 HWY 49 STE 2<br>GULFPORT  MS 39503-2980 |
| FORTIVA<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | HANCOCK EMERGENCY GROU<br>PO BOX 731584<br>DALLAS  TX 75373-1584 | HMC GROUP<br>29065 CLEMENTS RD<br>WESTLAKE  OH 44145-1179 |
| ~~EXCLUDE~~<br>~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ | KRISTINA LISCOMB<br>13160 TEAUNGE RD<br>SAUCIER  MS 39574-8338 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| MDG USA INC<br>3422 OLD CAPITOL TRAIL PMB 1993<br>WILMINGTON DE 19808-6124 | MARINER FINANCE  LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM  MD 21236-5904 | MEMORIAL EMERGENCY PHY<br>PO BOX 2080<br>KILMARNOCK  VA 22482-2080 |
| MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT  MS 39502-1810 | MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND FUND<br>320 EAST BIG BEAVER<br>TROY  MI 48083-1238 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
(P)MOBILOANS   LLC                NAVY FEDERAL CREDIT UNION        OPPORTUNITY FINANCIAL   LLC
151 MELACON RD                    PO BOX 3000                      130 E RANDOLPH STREET
MARKSVILLE LA 71351-3065          MERRIFIELD   VA 22119-3000       SUITE 3400
                                                                   CHICAGO   IL 60601-6379


OPPURTUNITY FINANCIAL             PETAL CARD 2WEBBANK              PORTFOLIO RECOVERY ASS
130 E RANDOLPH ST                 PO BOX 105168                    120 CORPORATE BLVD
CHICAGO   IL 60601-6207           ATLANTA   GA 30348-5168          STE 100
                                                                   NORFOLK   VA 23502-4952


(P)PORTFOLIO RECOVERY ASSOCIATES LLC   PROGRESSIVE                 QUEST DIAGNOSTICS
PO BOX 41067                      11629 SO 700 E                   PO BOX 740781
NORFOLK VA 23541-1067             DRAPER   UT 84020-8376           CINCINNATI   OH 45274-0781


RNR TIRE EXPRESS                  (P)REPUBLIC FINANCE LLC          RESURGENT CAPITAL SERV
12407 US 49                       282 TOWER RD                     15 SOUTH MAIN ST
GULFPORT   MS 39503-4090          PONCHATOULA LA 70454-8318        STE 600
                                                                   GREENVILLE   SC 29601-2768


SOUTH MS COLLECTION SE            SOUTHERN FINANCIAL SVC           SPEEDE CASH
PO BOX 1511                       PO BOX 15203                     PO BOX 780408
PASCAGOULA   MS 39568-1511        HATTIESBURG   MS 39404-5203      WICHITA   KS 67278-0408


~~EXCLUDE~~                                                        ~~EXCLUDE~~
~~(D)SPEEDYRAPID CASH~~           THE PEOPLES BANK                 ~~UNITED STATES TRUSTEE~~
~~15 BULL STREET   SUITE 200~~    PO DRAWER 529                    ~~501 EAST COURT STREET~~
~~SAVANNAH   GA 31401-2686~~      BILOXI   MS 39533-0529           ~~SUITE 6-430~~
                                                                   ~~JACKSON   MS 39201-5022~~


                                  ~~EXCLUDE~~
VANDERBILT MORTGAGE               ~~(D)VANDERBILT MORTGAGE AND FINANCE   INC~~   VERIZON
PO BOX 9800                       ~~PO BOX 9800~~                  PO BOX 11328
MARYVILLE   TN 37802-9800         ~~MARYVILLE   TN 37802-9800~~    SAINT PETERSB   FL 33733-1328


VERIZON                           WEBBANK                          WORLD ACCEPTANCE CORP
BY AMERICAN INFOSOURCE AS AGENT   215 S STATE ST                   PO BOX 6429
4515 N SANTA FE AVE               STE 1000                         GREENVILLE   SC 29606-6429
OKLAHOMA CITY   OK 73118-7901     SALT LAKE CIT   UT 84111-2336


                                                                   DEBTOR
WORLD FINANCE                     JENNIFER A CURRY CALVILLO        RONALD KEITH FARRINGTON
WORLD ACCEPTANCE CORPORATION      THE ROLLINS LAW FIRM             7062 BONANZA DR
ATTN BANKRUPTCY                   702 W PINE ST                    LONG BEACH   MS 39560-9009
PO BOX 6429                       HATTIESBURG   MS 39401-3836
GREENVILLE   SC 29606-6429
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON, MS 39236-3767~~

TRACI VICTORIA FARRINGTON
7062 BONANZA DR
LONG BEACH  MS 39560-9009

EXCLUDE

~~(P)WARREN A. CUNTZ, T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~