_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| <u>IN RE</u>: | <u>CHAPTER 13</u> |
| **RONALD KEITH FARRINGTON** | **CASE NO.:  21-51146 KMS** |
| **TRACI VICTORIA FARRINGTON** | |

<u>**\*AMENDED\*ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES of**</u>
<u>**DEBTOR, RONALD KEITH FARRINGTON (S.S.N. XXX-XX-9931)**</u>

**IT APPEARING TO THE COURT** that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1]  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**H20 INNOVATION OPERATION & MAINTENANCE**
**1710 23RD AVE**
**GULFPORT, MS 39501**

**is directed to deduct from Debtor's wages the amended sum of \*$<u>1,625.00</u>\* per month, effective with the payment due before noon on August 29th, 2025.**  Payments can be made either electronically through TFSBillpay.com/employer or mailed.  If mailed, please include the name, case number, made payable to: Warren A. Cuntz, Jr., Trustee and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

**\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH THEREAFTER, <u>REGARDLESS</u> OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY.)**

The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.

##END OF ORDER##

---

1 Adjusted plan payment due to ORDER (Dkt. 32)