

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 23, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:
**RONALD KEITH FARRINGTON**                                 **CHAPTER 13**
**TRACI VICTORIA FARRINGTON**                                **CASE NO: 21-51146-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
### RONALD KEITH FARRINGTON (SSN # XXX-XX-9931)

THE ORDER **(Dkt. 34)** heretofore entered in these proceedings by which the debtor's employer:

> **H2O INNOVATION OPERATION & MAINTENANCE**
> **1710 23RD AVE**
> **GULFPORT, MS 39501**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**