MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: _____

Case No.: _____

_____
*Debtor(s)*

Chapter: _____

### Notice of Change of Address for Creditor

_____ (Creditor) hereby gives notice of its new address:

**Current Notice Address**:
*(As shown on matrix)*

_____
_____
_____
_____

**New Notice Address**:

_____
_____
_____
_____

**New Payment Address**:
*(If applicable)*

_____
_____
_____
_____

**Proof of Claim Number(s)**: _____
*(If applicable)*

### Reason for Change of Address:

☐ New Loan Servicer[1]
☐ New Location
☐ Other _____

Prepared By:

Signature: _____     Address: _____

Name: _____          _____

Title: _____          _____

Phone No: _____          _____

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on _____ addressed to:

              (Date)

Debtor(s):

_____

_____

_____

_____

_____
Name

_____
Signature