**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ronald Keith Farrington** **Case No. 21-51146-KMS**
**Traci Victoria Farrington, Debtors** **CHAPTER 13**

**MOTION TO MODIFY BANKRUPTCY PLAN**

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on October 28, 2021, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors wish to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, Dk #113 (SDMS February 19, 2020).
    a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment dat.
3. Debtors first plan payment after confirmation was due January 20, 2022. Debtors wish to extend the term of this case to January 20, 2027.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.