**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ronald Keith Farrington**
**Traci Victoria Farrington, Debtors**

**Case No. 21-51146-KMS**
**CHAPTER 13**

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: September 3, 2026

Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ronald Keith Farrington** **Case No. 21-51146-KMS**
**Traci Victoria Farrington, Debtors** **CHAPTER 13**

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on October 28, 2021, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors wish to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, Dk #113 (SDMS February 19, 2020).
    a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment dat.
3. Debtors first plan payment after confirmation was due January 20, 2022. Debtors wish to extend the term of this case to January 20, 2027.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RONALD KEITH FARRINGTON
TRACI VICTORIA FARRINGTON

CASE NO: 21-51146-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RONALD KEITH FARRINGTON
TRACI VICTORIA FARRINGTON

CASE NO: 21-51146-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/3/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/3/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-51146-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU SEP 3 10-12-59 PST 2026

FIRST HERITAGE CREDIT CO HEIGHTS FINANCE
PO BOX 1947
GREENVILLE SC 29602-1947

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

OPPORTUNITY FINANCIAL LLC
PO BOX 5040
FREDRICKSBURG VA 22403-0640

SPEEDYRAPID CASH
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

VANDERBILT MORTGAGE AND FINANCE INC
PO BOX 9800
MARYVILLE TN 37802-9800

VERIZON BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

1ST HERITAGE
11516 LAMEY BRIDGE RD
STE B2
DIBERVILLE MS 39540-2275

AD ASTRA RECOVERTY
3607 N RIDGE RD
WICHITA KS 67205-1230

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD SUITE 3000
SOUTHFIELD MI 48034-8331

CAPITAL COMMUNITY BANK
3280 N UNIVERSITY AVE
PROVO UT 84604-4405

CAPITAL ONE BANK USA
PO BOX 30285
SALT LAKE CIT UT 84130-0285

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD MI 48086-5070

CREDIT COLLECTION SERC
725 CANTON ST
NORWOOD MA 02062-2679

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

EMBCC PATIENT SERVICES
PO BOX 731584
DALLAS TX 75373-1584

FIRST HERITAGE CREDIT OF MISSISSIPPI LLC
DBA 1ST HERITAGE CREDIT
HEIGHTS FINANCE CORP
PO BOX 1947
GREENVILLE SC 29602-1947

FORTIVA
PO BOX 105555
ATLANTA GA 30348-5555

HANCOCK EMERGENCY GROU
PO BOX 731584
DALLAS TX 75373-1584

HMC GROUP
29065 CLEMENTS RD
WESTLAKE OH 44145-1179

~~EXCLUDE~~
~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

KRISTINA LISCOMB
13160 TEAUNGE RD
SAUCIER MS 39574-8338

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MDG USA INC
3422 OLD CAPITOL TRAIL PMB 1993
WILMINGTON DE 19808-6124

MARINER FINANCE LLC
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

MEMORIAL EMERGENCY PHY
PO BOX 2080
KILMARNOCK VA 22482-2080

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT MS 39502-1810

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND FUND
320 EAST BIG BEAVER
TROY MI 48083-1238

(P)MOBILOANS LLC
151 MELACON RD
MARKSVILLE LA 71351-3065

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

OPPORTUNITY FINANCIAL LLC
PO BOX 5040
FREDERICKSBURG VA 22403-0640

OPPURTUNITY FINANCIAL
130 E RANDOLPH ST
CHICAGO IL 60601-6207

PETAL CARD 2WEBBANK
PO BOX 105168
ATLANTA GA 30348-5168

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD
STE 100
NORFOLK VA 23502-4952

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROGRESSIVE
11629 SO 700 E
DRAPER UT 84020-8376

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI OH 45274-0781

RNR TIRE EXPRESS
12407 US 49
GULFPORT MS 39503-4090

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE SC 29601-2768

SOUTH MS COLLECTION SE
PO BOX 1511
PASCAGOULA MS 39568-1511

SOUTHERN FINANCIAL SVC
PO BOX 15203
HATTIESBURG MS 39404-5203

SPEEDE CASH
PO BOX 780408
WICHITA KS 67278-0408

~~EXCLUDE~~

~~(D)SPEEDYRAPID CASH~~
~~15 BULL STREET SUITE 200~~
~~SAVANNAH GA 31401-2686~~

THE PEOPLES BANK
PO DRAWER 529
BILOXI MS 39533-0529

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

VANDERBILT MORTGAGE
PO BOX 9800
MARYVILLE TN 37802-9800

~~EXCLUDE~~

~~(D)VANDERBILT MORTGAGE AND FINANCE INC~~
~~PO BOX 9800~~
~~MARYVILLE TN 37802-9800~~

VERIZON
PO BOX 11328
SAINT PETERSB FL 33733-1328

~~EXCLUDE~~

~~(D)VERIZON~~
~~BY AMERICAN INFOSOURCE AS AGENT~~
~~4515 N SANTA FE AVE~~
~~OKLAHOMA CITY OK 73118-7901~~

WEBBANK
215 S STATE ST
STE 1000
SALT LAKE CIT UT 84111-2336

WORLD ACCEPTANCE CORP
PO BOX 6429
GREENVILLE SC 29606-6429

WORLD FINANCE
WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606-6429

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

DEBTOR

RONALD KEITH FARRINGTON
7062 BONANZA DR
LONG BEACH MS 39560-9009

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

TRACI VICTORIA FARRINGTON
7062 BONANZA DR
LONG BEACH MS 39560-9009

~~EXCLUDE~~

~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~