**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ronald Keith Farrington** **Case No. 21-51146-KMS**
**Traci Victoria Farrington, Debtors** **CHAPTER 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK #___), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. The term of the bankruptcy case is extended until January 20, 2027. Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR